OFFICE OF DISCIPLINARY COUNSEL *v.* MOSELY.

[Cite as *Disciplinary Counsel v. Mosely* (1994), 69 Ohio St.3d 401.]

402

(No. 93–2171—Submitted March 1, 1994—Decided June 8, 1994.)

*Geoffrey Stern*, Disciplinary Counsel, and *Sally Ann Steuk*, Assistant Disciplinary Counsel, for relator.

*Freddie Melvin Mosely, pro se.*

*Per Curiam.* We concur in the findings and recommendation of the board. Respondent is hereby permanently disbarred from the practice of law in Ohio. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.